UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MARY YOUNG,

        Plaintiff,                                  Civil Action No. 12-CV-1090

  v.

PREMIER RECOVERY GROUP, INC. and
JOEY YOUNGER,

        Defendant,
_____

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice and without costs to either party.

| | |
|---|---|
| DATED:  10/4/2017 | DATED:  10/4/2017 |
| /s/ Seth J. Andrews | /s/ David George Peltan |
| Seth J. Andrews, Esq. | David George Peltan, Esq. |
| Law Offices of Kenneth Hiller | Peltan Law, PLLC |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |
| 6000 North Bailey Avenue, Suite 1A | 128 Church Street |
| Amherst, New York 14226 | East Aurora, New York |
| Phone:  (716) 564-3288 | Phone: (716)374-5431 |